UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re: Steven F. Horton,        Case No. 21-23764-rmb

        Debtor.        Chapter 7

---

**AFFIDAVIT OF DISINTEREST
PURSUANT TO BANKRUPTCY RULE 2014(a)**

---

| STATE OF WISCONSIN | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF MILWAUKEE | ) | |

NOW COMES, Nathaniel Cade, Jr. of Cade Law Group LLC who makes the following statement under oath:

1. I am an attorney authorized to practice my profession in the State of Wisconsin.

2. I am the owner and partner of the Cade Law Group LLC located at 5651 N. Lydell Avenue, #170887, Milwaukee, Wisconsin 53217

3. The Trustee has asked that I perform the professional services as set forth on the Trustee's Second Application for employment on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Second Application.

4. Neither I nor the firm with which I am associated:

    a. Are a creditor, an equity security holder or an insider of the Debtors;

    b. Are or have been, within the two years before the date of the filing of the petition in this case, a director, officer, or employee of the Debtors; and

Steven R. McDonald, Chapter 7 Trustee
7300 S. 13th Street, Suite 201
Oak Creek, WI 53154
(414) 226-2200 Phone
(414) 289-8384 Fax
smcdonald@mcdonaldlawllc.com

c. Have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

5. To the best of my knowledge, neither I nor my firm hold or represent any interest adverse to the interest of the estate. Neither I nor my firm has any connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described as follows: None.

6. The rate charged is a contingency of 33.33% plus out-of-pocket costs and expenses.

Dated this 23rd day of October, 2021.

_____
Nathaniel Cade, Jr., SBN 1028115
Attorney at Law

Subscribed and sworn to before me
This 23 day of October, 2021.

_____
Notary Public, State of Wisconsin
My commission expires: 2/20/25

2