UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Steven F. Horton,          Case No. 21−23764−rmb
             Debtor.          Chapter 7

## NOTICE OF RECOVERY OF ASSETS AND OPPORTUNITY TO FILE PROOF OF CLAIM

When the above debtor filed this bankruptcy case, creditors received a notice that they did not need to file a proof of claim because there were no assets available. Since the date of that notice, the trustee has recovered or will be recovering assets, and it is possible that the trustee may be able to distribute some funds to creditors.

To be eligible to receive a portion of any distributed funds, a creditor **must** file a proof of claim with the Clerk of the United States Bankruptcy Court on or before February 22, 2022. Creditors who do not file a proof of claim on or before February 22, 2022 **WILL NOT** receive any funds from the estate. (If you already have filed a proof of claim, you do not need to file another one.)

You are not required to pay a fee to file a proof of claim. The Proof of Claim can be filed online at the court's website (www.wieb.uscourts.gov). Look for *File a Claim On−line* under the section titled *Information for Creditors*. After completing and submitting the form you have an opportunity to print a file−stamped copy of the form. An alternate method is to obtain a Proof of Claim form (www.wieb.uscourts.gov), fill it out and mail it to us. Look for the fillable Proof of Claim − B 10 form under the section Bankruptcy Forms − Local Forms. Upon completing the form, you may send it by regular mail to:

Clerk of U.S. Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202−4581

If you want confirmation that we received your proof of claim, please enclose with the completed proof of claim a photocopy of the proof of claim, along with a self−addressed, stamped envelope.

Dated: November 23, 2021          **JANET L. MEDLOCK**
         Clerk of Court

         By: Linda I.
         Deputy Clerk