# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

STEVEN F. HORTON            CASE NO. 21-23764-RMB
                     Debtor.            Chapter 7

## NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

Steven R. McDonald, the Trustee of this case, intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the Court to consider your views on the matter, then on or before **December 20, 2021**, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

    Clerk, U.S. Bankruptcy Court
    Room 126, Federal Courthouse
    517 E. Wisconsin Avenue
    Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

    Office of the U.S. Trustee          Steven R. McDonald
    517 E. Wisconsin Ave., Rm 430     7300 S. 13th Street, Suite 201
    Milwaukee, WI 53202             Oak Creek, WI 53154

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

## Property to be Abandoned because of a Security Interest, Liens and/or Exemptions

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor under **state law**, and perfected security interest and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| REAL PROPERTY: 30609 114th St. Twin Lakes WI 53181-0000; Home, land, and workshop | $87,400.00 | $87,400.00 | $75,000.00 | $247,150.43 | $0.00 |
| Debtor's home - 3 tax keys (total 0.22 acres). Home (value $71,000 per CMA) plus workshop (Tax assessed value $60,300 - but debtor believes it is worth significantly less given the condition of the building - $20,000) and vacant lot (Tax assessed value $4,000). Less 8% costs of hypothetical sale. | | | | | |
| VEHICLE: 2007 Mini Cooper Other Information: Doesn't run | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| VEHICLE: 2001 Chevrolet 2500 | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| VEHICLE: 2000 KTM 520 : Poor condition | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 |
| VEHICLE: 2005 KTM 450 : Poor condition | $700.00 | $700.00 | $700.00 | $0.00 | $0.00 |
| VEHICLE: 2005 Husqvarna TC | $700.00 | $700.00 | $700.00 | $0.00 | $0.00 |
| VEHICLE: Streblow Boat | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| VEHICLE: 3 Canoes | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 |
| VEHICLE: Jon Boat | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| ELECTRONICS | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 |
| CLOTHES | $100.00 | $100.00 | $100.00 | $0.00 | $0.00 |
| BANK ACCOUNT: Checking account US Bank | $13.11 | $13.11 | $13.11 | $0.00 | $0.00 |
| Money Market U.S. Bank | $0.96 | $0.96 | $0.96 | $0.00 | $0.00 |
| BUSINESS INTEREST: Krahn Farms, LLC - 15% owner. Per operating agreement, sale price is Percentile interest times 2.5 X average annual gross income. (.15)(2.5)($8170.6) = $3063.98 % | $3,063.98 | $3,063.98 | $3,063.98 | $0.00 | $0.00 |

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| BUSINESS INTEREST: Debtor is a boat maker. He has been working as independent contractor. He is owed approximately $1,000 for his services. 100 % | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| TAX REFUNDS: Debtor is not expecting any refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BUSINESS MACHINERY, FIXTURES, EQUIPMENT: 1972 L175 Kubota Tractor ($2,000) , 1973 B7100 Kobota Tractor ($1,200), boat trailer ($400), snowmobile trailer ($300), and ladder ($50) - all were at Streblow Custom Boats, Inc at the time of the asset sale to Streblow Boat Holdings, LLC. Debtor is not sure if he will be able to get the assets back | $3,950.00 | $3,950.00 | $3,950.00 | $0.00 | $0.00 |
| BUSINESS MACHINERY, FIXTURES, EQUIPMENT: Table Saw ($200), Band Saw Duro ($70), Band Saw Craftsman ($50), Wrenches & Sockets ($250), Drills and Screw guns ($90), Screw Drivers ($20), Circular Saw ($30), Jigsaw ($15), Lazer Level ($150) | $875.00 | $875.00 | $875.00 | $0.00 | $0.00 |
| VEHICLE: Wolverine Boat - poor shape | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| VEHICLE: Mercury 4 hp outboard engine | $200.00 | $200.00 | $200.00 | $0.00 | $0.00 |
| VEHICLE: Electric bicycle | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |

**Property to be Abandoned for Other Reasons**

The Trustee intends to abandon the following property, not because of exemption, security interest or liens, but because the property is burdensome to the estate and of inconsequential value for the following reasons: **NONE**

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Dated this 22nd day of November, 2021.

<u>/s/ Steven R. McDonald</u>
Steven R. McDonald
Chapter 7 Trustee
7300 S. 13th Street, Suite 201
Oak Creek, WI 53154
(414) 226-2200 Telephone
(414) 289-8384 Facsimile
smcdonald@mcdonaldlawllc.com