UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Steven F. Horton,      Case No. 21-23764-rmb
                                          (Chapter 7)

         Debtor.

## CERTIFICATE OF NO OBJECTION

NOW COMES Steven R. McDonald who certifies and states that:

1. I am the trustee in the above-captioned case who filed and caused to be served notice of the following matter to the appropriate parties as called for under the Bankruptcy Code and Rules: Application by Trustee to Employ Attorney Nathaniel Cade, Jr. and Cade Law Group, LLC as Attorney for the Trustee.

2. The Notice providing for objections to be filed and served as in the time so indicated in the Notice. The deadline to file and serve objections has passed.

3. I certify to the Court that I have not received any objections to the above-referenced Notice nor am I aware of any objections having been filed.

Dated in Oak Creek, Wisconsin this 24th day of November, 2021.

                                                        /s/ Steven R. McDonald
                                                        Steven R. McDonald, Trustee

**Steven R. McDonald**
**Chapter 7 Trustee**
**7300 S. 13th Street, Suite 201**
**Oak Creek, WI 53154**
**(414) 226-2200 Telephone**
**(414) 289-8384 Facsimile**
**smcdonald@mcdonaldlawllc.com**