# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

STEVEN F. HORTON

        Debtor.

CASE NO. 21-23764-RMB
Chapter 7

## STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Proposed Abandonment, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| REAL PROPERTY: 30609 114th St. Twin Lakes WI 53181-0000; Home, land, and workshop | $87,400.00 | $87,400.00 | $75,000.00 | $247,150.43 | $0.00 |
| VEHICLE: 2007 Mini Cooper Other Information: Doesn't run | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| VEHICLE: 2001 Chevrolet 2500 | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| VEHICLE: 2000 KTM 520 : Poor condition | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 |
| VEHICLE: 2005 KTM 450 : Poor condition | $700.00 | $700.00 | $700.00 | $0.00 | $0.00 |
| VEHICLE: 2005 Husqvarna TC | $700.00 | $700.00 | $700.00 | $0.00 | $0.00 |
| VEHICLE: Streblow Boat | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| VEHICLE: 3 Canoes | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 |
| VEHICLE: Jon Boat | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| ELECTRONICS | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 |
| CLOTHES | $100.00 | $100.00 | $100.00 | $0.00 | $0.00 |
| BANK ACCOUNT: Checking account US Bank | $13.11 | $13.11 | $13.11 | $0.00 | $0.00 |
| Money Market U.S. Bank | $0.96 | $0.96 | $0.96 | $0.00 | $0.00 |
| BUSINESS INTEREST: Krahn Farms, LLC - 15% owner. Per operating agreement, sale price is Percentile interest times 2.5 X average annual gross income. (.15)(2.5)($8170.6) = $3063.98 % | $3,063.98 | $3,063.98 | $3,063.98 | $0.00 | $0.00 |

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| BUSINESS INTEREST: Debtor is a boat maker. He has been working as independent contractor. He is owed approximately $1,000 for his services. 100 % | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| TAX REFUNDS: Debtor is not expecting any refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BUSINESS MACHINERY, FIXTURES, EQUIPMENT: 1972 L175 Kubota Tractor ($2,000) , 1973 B7100 Kobota Tractor ($1,200), boat trailer ($400), snowmobile trailer ($300), and ladder ($50) - all were at Streblow Custom Boats, Inc at the time of the asset sale to Streblow Boat Holdings, LLC. Debtor is not sure if he will be able to get the assets back | $3,950.00 | $3,950.00 | $3,950.00 | $0.00 | $0.00 |
| BUSINESS MACHINERY, FIXTURES, EQUIPMENT: Table Saw ($200), Band Saw Duro ($70), Band Saw Craftsman ($50), Wrenches & Sockets ($250), Drills and Screw guns ($90), Screw Drivers ($20), Circular Saw ($30), Jigsaw ($15), Lazer Level ($150) | $875.00 | $875.00 | $875.00 | $0.00 | $0.00 |
| VEHICLE: Wolverine Boat - poor shape | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| VEHICLE: Mercury 4 hp outboard engine | $200.00 | $200.00 | $200.00 | $0.00 | $0.00 |
| VEHICLE: Electric bicycle | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |

Dated this 22nd day of December, 2021.

/s/ Steven R. McDonald
Steven R. McDonald
Chapter 7 Trustee
7300 S. 13th Street, Suite 201
Oak Creek, WI 53154
(414) 226-2200 Telephone
(414) 289-8384 Facsimile
smcdonald@mcdonaldlawllc.com