So Ordered.

Dated: March 27, 2023



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | |
|---|---|
| Steven F. Horton, | Case No. 21-23764-rmb |
| Debtor. | Chapter 7 |

### ORDER REQUIRING STATUS REPORT FROM TRUSTEE

On June 30, 2021, the debtor filed a chapter 7 petition. On November 22, 2021, the Chapter 7 Trustee filed a Notice of Recovery of Assets. Considering the length of time that the case has remained open, the Court would benefit from a report regarding the status of the case.

Accordingly, IT IS HEREBY ORDERED that the chapter 7 trustee shall file a letter status report on or before **April 17, 2023**.

# # # # #